## CID to Bain & Company

Meador, Mark (ATR) <Mark.Meador@ATR.USDOJ.GOV>
Thu 6/11/2020 7:36 PM

**To:** Min, Stuart <Stuart.Min@Bain.com>
**Cc:** Kendler, Owen (ATR) <Owen.Kendler@ATR.USDOJ.gov>; Scanlon, Lisa (ATR) <Lisa.Scanlon@ATR.USDOJ.gov>; Brader Leuchten, Cory (ATR) <Cory.Leuchten@ATR.USDOJ.GOV>

📎 2 attachments (113 KB)
Bain CID Cover Letter.pdf; Bain CID No. 30351.pdf;

Hi Stuart,

Thank you for agreeing to accept electronic service. As discussed, please find attached a cover letter and civil investigative demand issued to Bain & Company, Inc. Please don't hesitate to reach out with any questions. The cell number below is the best number at which to reach me.

Regards,

Mark

**Mark R. Meador**
U.S. Department of Justice, Antitrust Division
450 Fifth Street NW, Washington, DC 20530
o: (202) 307-0323 c: (202) 250-1343
mark.meador@usdoj.gov