## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

*Petitioner*,

v.

Bain & Company, Inc.; Visa, Inc.

*Respondents*.

M.B.D. No. 1:20-mc-91572-LTS

## NOTICE OF VOLUNTARY DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner United States of America hereby voluntarily dismisses this action without prejudice. Petitioner recently filed a lawsuit against Respondent Visa, Inc. regarding the merger underlying the Civil Investigative Demand ("CID") at issue in this enforcement action. *See U.S. v. Visa, Inc. and Plaid, Inc.*, Civ. No. 3:20-cv-07810 (N.D. Cal.) (filed November 5, 2020). Petitioner will seek the documents demanded under the CID in that litigation.

    Respectfully submitted,

    /s/ Lee F. Berger

    Lee F. Berger
    United States Department of Justice
    Antitrust Division
    450 Fifth Street, NW
    Washington, DC 20530
    (202) 598-2698
    lee.berger@usdoj.gov

    *Attorney for Petitioner United States of America*

November 9, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing was filed electronically on November 9, 2020, and served via email upon:

>Matthew Knowles (mknowles @mwe.com)
>McDermott Will & Emery LLP
>200 Clarendon Street Boston MA 02116
>*Counsel for Bain & Company, Inc.*
>
>Julia K. York (Julia.York@skadden.com)
>Skadden, Arps, Slate, Meagher & Flom LLP
>1440 New York Avenue, NW
>Washington, DC 20005-2111
>*Counsel for Visa, Inc.*

>/s/ Lee F. Berger
>Lee F. Berger